UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY GRAND JURY 2025
DECEMBER 16, 2025 SESSION



UNITED STATES OF AMERICA

v.   CRIMINAL NO. 2:25-cr-00196
     21 U.S.C. § 841(a)(1)

JON MISHA THOMAS

# I N D I C T M E N T

The Grand Jury Charges:

On or about February 27, 2024, at or near Parkersburg, Wood County, West Virginia, and within the Southern District of West Virginia, defendant JON MISHA THOMAS did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

MOORE CAPITO
United States Attorney

By: _D. Keith Randolph_____
D. KEITH RANDOLPH
Assistant United States Attorney